**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
ALISA CREWS,                   :
                               :
    Defendant/Petitioner,      :
                               :
    v.                         :   Civ. No. 3:04CV00997(AWT)
                               :   Crim. No. 3:02CR251(AWT)
UNITED STATES OF AMERICA,      :
                               :
    Respondent.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

    The defendant Alisa Crews' Motion Pursuant to 28 U.S.C. § 2255 (Doc. No. 84) is hereby DENIED as moot because the defendant has already received the relief that she was seeking, that is, to serve the final portion of her sentence in a community corrections center, or halfway house.  <u>See</u> attached Bureau of Prison's Inmate Locator report.

    It is so ordered.

    Dated this 23rd day of February 2005, at Hartford, Connecticut.

                                                  _____/s/_____
                                                      Alvin W. Thompson
                                            United States District Judge