PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court

FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

ALICIA CREWS

Crim #:   3:02CR00251(AWT)

Re: **Early Termination of Supervision**

On **May 15, 2003,** the above named was placed on **SUPERVISED RELEASE** for or a period of **5** years. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____  
Brendon M. Pierpaoli  
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 17th day of March, 2008.

_____  
The Honorable Alvin W. Thompson  
United States District Court Judge